UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL N.,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 3:19-CV-5431-MAT

ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the agency will affirm the finding of disability beginning on October 6, 2017, and assign the case to a different administrative law judge than issued the February 27, 2019 decision to:

    (1) offer the claimant the opportunity for a de novo hearing;

    (2) further consider the medical opinions from all treating, examining, non-examining, and non-acceptable medical sources, including, but not limited to, the opinions of Drs. Eisenhauer and Clifford, pursuant to 20 C.F.R. § 416.927;

(3) further consider the claimant's residual functional capacity;

(4) obtain supplemental vocational expert evidence; and

(5) issue a new decision for the period prior to October 6, 2017.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 20th day of August, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Stephen Dmetruk
STEPHEN DMETRUK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3725
Fax: (206) 615-2531
stephen.dmetruk@ssa.gov